**Exhibit A to the Complaint**

**Location:** Plano, TX  
**Total Works Infringed:** 39  
**IP Address:** 97.99.244.198  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 01-25-2022 15:28:49 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 2 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash: FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-04-2022 04:03:50 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 3 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash: C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-04-2022 04:01:57 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 4 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 12-27-2021 16:41:58 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 5 | Info Hash: 612F1024AF62D7203A18A850CC4D8A9DD21ADB07<br>File Hash: 37826FCF26DE3DC9AC3611E5684D844A2CB87B5A053B611DB35B054B6E68AABC | 11-04-2021 00:43:21 | Vixen | 06-23-2017 | 07-07-2017 | PA0002070829 |
| 6 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 10-31-2021 17:55:51 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 7 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 10-26-2021 14:47:57 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 8 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash: 59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10-25-2021 14:14:44 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 98B2D0862F0A88E79B06A725844E6CC314356E94<br>File Hash: 6262B57DA0B9515216626DB6F1276F038EDDCE350544A5861C7331B77684726B | 10-14-2021 04:53:18 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 10 | Info Hash: 04EB105D5428A57115112B90129C1EF9E3C078BC<br>File Hash: 7E4A0F3DE4E7007156452E48B432222E0682A9C805BC148A7BFA98447E52758A | 10-13-2021 22:57:05 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 11 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 09-22-2021 18:33:13 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 12 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-15-2021 01:25:30 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 13 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-08-2021 16:50:58 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 14 | Info Hash: 3A7F6BEB952391561E7747B47567444D8EF99790<br>File Hash: 671483BB1BB98D7AE718670EA8A4939F046D3C3E1AE7C4E00510DC2E374F7A36 | 06-16-2021 18:47:46 | Tushy | 12-07-2017 | 01-04-2018 | PA0002097494 |
| 15 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-09-2021 22:02:18 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 16 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 06-01-2021 20:20:37 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 17 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 06-01-2021 14:29:57 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 095F042567422449F7D8DF1F42C86AADF4849881<br>File Hash: 73A09E29C382A49CE03E47A0CDB3930655BE50786D249AB83FC020E2A09CB509 | 04-19-2021 15:43:16 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 19 | Info Hash: F3A56FB24B2D38FBF36EA4BEDFA1229299BEF6F5<br>File Hash: B215D9EE13B23D22DEEB29D2EAB102D34CAF24679286EE578125674E5D884608 | 04-06-2021 14:05:25 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 20 | Info Hash: EAB3533FB381C799B59AAA64A20DF16CE3C18A18<br>File Hash: 8EACC9C021727EBBEF8D7686F98200CCE8C26D84CE88A7D7D44DD10C0794D8E8 | 03-31-2021 17:05:41 | Blacked | 03-01-2019 | 03-31-2019 | PA0002163976 |
| 21 | Info Hash: 62E73C9CC3859E160F8473FDC0F45C658CB634C1<br>File Hash: A39899E58E10ECBDF7B877D0504FFDA842067080A27FEC528CBA672B8FF67737 | 03-29-2021 15:01:25 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 22 | Info Hash: D96EA595522F63ADD33B6B3CE85F8FC0AE41B1C2<br>File Hash: EAFDBDE4FE4569DB61BB6DA689D6BCF4048536B068DB2E7F9436198EC61D0413 | 03-19-2021 14:40:32 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |
| 23 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-16-2021 14:23:41 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 24 | Info Hash: C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C<br>File Hash: 66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 02-18-2021 15:50:36 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 25 | Info Hash: 89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78<br>File Hash: 8B9344D2CF0B407F44FBCED3BE40E1321D9950A5D2CE477EF7246A98FABBF8F8 | 02-18-2021 15:48:43 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 26 | Info Hash: 0B2D244E6C372AFB4EA5ECAC53684B50CE489230<br>File Hash: 374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 02-17-2021 13:57:55 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 31D75A286A3A6B30B5554209AAFF9B1AA5C936F1<br>File Hash: 44CCB7D9CCDC0B6B6C1CA8CB7E69EA2C8D72DC1B2B1E42EB5660318D89F0FD61 | 02-09-2021 17:29:31 | Vixen | 08-17-2018 | 09-01-2018 | PA0002119582 |
| 28 | Info Hash: 1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A<br>File Hash: 34D44A4521F3167D8C9003DF0C17C20F8BD8995FE1422B46112BAD35C06EB660 | 01-26-2021 03:19:32 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 29 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 01-25-2021 23:50:52 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 30 | Info Hash: 25A89AFEEA21CC02479E2C33520831964FCBEDD9<br>File Hash: 1494804E16AFEC1629371D903BA5C7B4B98823FDDF177789E07E00E5DD297B8C | 01-11-2021 15:13:25 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 31 | Info Hash: E078B84E2961C5CBE891F39D63B85A576897E52F<br>File Hash: C1D0623A72047DE21B1893F87BAF08BDA03686FEBAA0E67DEC4BF173D6B3E231 | 12-04-2020 15:17:19 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 32 | Info Hash: 578EC8518C00D09644CD458FE9C13E61E40D451F<br>File Hash: E0F29A664F2E4BB70B01D0886D5B1009A329D50F0048C47EE3125B844FDEB5CE | 12-04-2020 09:44:28 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 33 | Info Hash: B94B97749DBE7B9883FD15D44503A0EC8711AE6A<br>File Hash: 2902003B9973425B922CB430266F57F85FBDC18F5CCAF793989D6B9B22E97668 | 12-02-2020 01:47:46 | Vixen | 08-02-2017 | 08-17-2017 | PA0002077667 |
| 34 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 11-30-2020 20:46:24 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 35 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 11-30-2020 20:40:12 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-01-2020 20:09:55 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 37 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09-22-2020 14:10:19 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 38 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09-15-2020 20:22:35 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 39 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-15-2020 20:19:57 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |